# ELECTRONIC RECORD

COA # 02-14-00386-CR      OFFENSE: 49.04

STYLE: Miguel Ramirez v. The State of Texas      COUNTY: Denton

COA DISPOSITION: AFFIRM      TRIAL COURT: County Criminal Court No. 2

DATE: 04/30/2015      Publish: NO      TC CASE #: CR-2013-01449-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Miguel Ramirez v. The State of Texas      CCA #: **751-15**

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

REFUSED      JUDGE: _____

DATE: 10/14/2015      SIGNED: _____    PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD